**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 13-cr-00058-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN MURRAY,

    Defendant.

---

## PROTECTIVE ORDER

---

This matter is before the Court on the United States' Unopposed Motion for Protective Order (Doc. # 7). The Court, having considered the motion, makes the following findings of fact:

1. The discovery in this case involves documents containing personal inmate information, personal BOP employee information, sensitive medical records, as well as confidential information regarding BOP security policies and practices. The production of these documents poses a potential threat to institution security and inmate safety. Additionally, some of these documents contain private or privileged information.

2. The government has requests entry of a protective order implementing the mechanisms stated below prior to the release of the records detailed above.

3. Counsel for Defendant has no objection to this protective order.

WHEREFORE IT IS HEREBY ORDERED AS FOLLOWS:

1.      The government will provide defense counsel with a copy of the records on a separate compact disc.  Defense counsel shall keep the records and any notes or other materials prepared based upon or referring to information in these records in confidence and shall use them exclusively in connection with this case (including trial preparation, trial, and appeals or other related legal proceedings) and for no other purpose.

2.      The records may be viewed only by defense counsel, the Defendant, and members of the defense team, including any defense investigators and staff, as are necessary for the purposes of preparing a defense in this particular case, and, with respect to staff personnel, the records may only be viewed by necessary staff while they are operating under the direct supervision and control of defense counsel. Defense counsel shall ensure that all persons in his office, who are to handle such information, read this Order and are informed of their responsibility to safeguard this information.

3.      Defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the dates of delivery. Defense counsel shall also deliver a copy of this order with the materials.  No person other than defense counsel shall make any copy of these materials for any purpose whatsoever.

     4.     No copies of the records shall be provided to the Defendant under any circumstances without petition to and further order of the Court. The Defendant may be allowed to view the documents, but only while in the direct presence of the defense counsel and/or investigator.

     5.     A copy of this Order shall be kept with the records at all times.

     6.     At the conclusion of the case in this court, by entry of the Court's judgment, counsel within ten days shall collect all such copies and return them to the government.

DATED:  March __07__, 2013

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge