**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 13-cr-00058-CMA

UNITED STATES OF AMERICA,
Plaintiff,
v.

1.  BRIAN MURRAY
Defendant.

---

**MOTION FOR ORDER AUTHORIZING PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION FOR THE PURPOSE
OF DETERMINING COMPETENCY**

---

Brian Murray, by and through undersigned counsel, hereby moves this Court for an Order authorizing a psychiatric or psychological examination of the defendant by a certified psychiatrist or psychologist for the purpose of determining whether he suffers from a mental disease or defect, and to thereafter set a hearing to determine his competency to proceed, pursuant to 18 U.S.C. § 4241(a),(b) and (c), and 18 U.S.C. §4247(b) and (c). In support thereof, the defense states as follows:

I. Procedural History

1. Mr. Murray is charged with four felony counts. Counts one and two charge Mr. Murray with: Assaulting and Resisting and Impeding Federal Employee. Counts one and two differ in the injury alleged. Counts three and four charge Mr. Murray with

Influencing Federal Official by Threat.  Counts three and four differ in the alleged victims and dates.  At present, Mr. Murray is incarcerated in Florence, Colorado at the ADX and he is serving a federal sentence.

2. Trial on this matter is currently set for July 22, 2011.   A final trial preparation conference is set for July 11, 2013; jury selection is set for July 15, 2013.

## II. Argument

3. Discovery in this case contains information indicating that Mr. Murray has a history of mental health problems.  Mr. Murray was subject to a Forensic Mental Health Evaluation, conducted by Court Order, in March of 2007 (as part of the federal case for which Mr. Murray is currently serving time).  Mr. Murray's Forensic Report indicates that he has been diagnosed with attention deficit/hyperactivity disorder, borderline personality disorder, and obsessive compulsive behavior.  The Forensic Report also states that Mr. Murray has been treated with thorazine, trazadone, loxitane, fluoxetine, and amitryptiline.  It is also noted in the discovery that Mr. Murray has a history of "cutting." Further, counsel has been made aware of recent issues in court as well as potential medical issues that may bear upon Mr. Murray's competence.  Based upon this information and undersigned counsel's interactions with Mr. Murray, undersigned counsel has reason to believe that Mr. Murray may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The defense requests the Court to order a psychiatric or psychological evaluation for purposes of determining competency.

4. Pursuant to 18 U.S.C. § 4247(b), and for the purposes of conducting this examination, counsel requests that the defendant be committed to the custody of the United States Attorney General for a reasonable period not to exceed 30 days, unless an extension is appropriately sought pursuant to the provisions of the same statute.

5. Pursuant to 18 U.S.C. § 4247(c), counsel further requests the Court to direct the preparation of a written report and that, once completed, copies of the report be delivered directly to undersigned counsel, the Assistant United States Attorney, and this Court.

6. Counsel further requests that this Court order counsel to contact chambers to set a date for hearing on Mr. Murray's competency.

7. Pursuant to 18 U.S.C. § 3161(h)(1), the defense maintains that the Speedy Trial clock is tolled until such time as a determination of competency is made.

8. Undersigned counsel has contacted Assistant United States Attorney Colleen Covell and Ms. Covell has no objection to the request sought above.

9. In addition, because counsel cannot effectively discuss the case and any potential pretrial motions with Mr. Murray until a determination of Mr. Murray's competency has been made, the defense respectfully requests that this Court vacate the current trial date and motions deadlines, as well as the final trial preparation conference and jury selection dates.

Respectfully submitted and DATED at Denver, Colorado this, 29th day of May, 2013.

/s/Miller Leonard
Attorney for Defendant
CO Reg. # 41029
14143 Denver West Pkwy, Suite 100
Golden, CO 80401
303-907-9516
millller@themillerleonardlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that this MOTION FOR ORDER AUTHORIZING PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION FOR THE PURPOSE OF DETERMINING COMPETENCY was delivered, via the ECF system for the District of Colorado to all parties, this 29th day of May, 2013.

/s/ Miller Leonard