IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 13-cr-00058-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN MURRAY,

    Defendant.

---

**ORDER REGARDING SECOND MOTION TO DETERMINE
COMPETENCY OF DEFENDANT**

---

This matter is before the Court on Defendant's Second Motion for Order Authorizing Psychiatric or Psychological Examination for the Purpose of Determining Competency (Doc. # 43). Upon further review of the motion and the case file, the Court hereby ORDERS that the Motion is GRANTED, and FURTHER ORDERS as follows:

    1.    The Defendant currently is being held at ADX in Florence, Colorado, which may have arrangements with professional staff capable of performing a psychological evaluation and providing a report to the Court and the parties. For the reasons set forth in Defendant's Motion and pursuant to 18 U.S.C. § 4241(a), (b), and (c), the Court ORDERS that a psychiatric or psychological examination of Defendant Brian Murray be conducted by the Bureau of Prisons, and that a report thereof be filed with the Court

UNDER RESTRICTION LEVEL 2, with access to both government and defense counsel.

2.     Following receipt and review of such psychiatric or psychological report, the Court will set the matter of competency for a hearing under 18 U.S.C. § 4241.

3.     Pursuant to 18 U.S.C. § 3161(h)(1), the Speedy Trial clock is tolled until such time as a determination of competency is made. Therefore, it is

FURTHER ORDERED that the Change of Plea Hearing set for October 2, 2013 at 1:30 PM is hereby VACATED.

DATED: September  10 , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge