**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 13-cr-00058-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN MURRAY,

    Defendant.

---

**ORDER FINDING DEFENDANT COMPETENT TO STAND TRIAL
OR OTHERWISE PROCEED IN THIS MATTER**

---

Defendant Brian Murray is charged in a four-count Indictment with (1) Bodily Injury of a Federal Employee; (2) Physical Contact of a Federal Employee; (3) and (4) Influencing a Federal Official By Threat (Doc. # 1).  On May 29, 2013, Defendant filed a Motion for Order Authorizing Psychiatric or Psychological Examination for the Purpose of Determining Competency (Doc. # 32), which this Court granted (Doc. # 33).  On July 29, 2013, Defendant filed a Motion to Withdraw the Court's order authorizing a competency evaluation (Doc. # 34), which this Court also granted (Doc. # 35).  On September 5, 2014, Defendant filed a Second Motion for Order Authorizing Psychiatric or Psychological Examination for the Purpose of Determining Competency (Doc. # 43), which this Court again granted (Doc. # 44).

On February 13, 2014, a Forensic Evaluation prepared by Dr. Richart L. DeMier, Ph.D., was filed (Doc. # 46.) Dr. DeMier found that Defendant Brian Murray was not

currently suffering from symptoms of a major mental disorder that would impair his ability to under the nature and the consequences of the proceedings against him or render him unable to assist his counsel is preparing his defense.  (*Id.*)  The Court had ordered the parties to notify it by February 27, 2014, if either party felt that a competency hearing in accordance with 18 U.S.C. § 4241(c) and 4247(d) was necessary. (Doc. # 47.)  Nothing was filed as of February 27, 2014, and pursuant to a telephone conference between government and defense counsel and Chambers staff, a Change of Plea Hearing was set in this matter for April 10, 2014.

      Having reviewed the Forensic Evaluation, the Court finds that there is no evidence showing that Defendant Murray is presently suffering from a mental disease that renders him incompetent to stand trial. The Court also notes that the Defendant does not contest the findings and conclusions of the Forensic Evaluation (Doc. # 46). Accordingly, the Court finds that Defendant Brian Murray is competent to proceed in this matter.

      DATED:  April __08__, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge